| UNITED STATES BANKRUPTCY COURT<br>WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh) || **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Lavonne Clanagan | Case Number:<br><br>2:2021-bk-21177 | |
| Name of Creditor:<br>    HSBC Bank USA, N.A., as Indenture Trustee for the || |
| Name of Current Servicer of account:<br>    PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>  PHH Mortgage Corporation<br>  ATTN Bankruptcy Department<br>  PO Box 24605<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>  1 Mortgage Way<br>  Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  PHH Mortgage Services<br>  PO Box 24781<br>  ATTN: SV 19<br>  West Palm Beach, FL 33416<br><br>  Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| **1.    Account Number:  0689** || _ Check this box if the account number has changed. |
| **2.    Court Claim Number:  10** |||
| **3.    Signature:**<br><br>  Check the appropriate box.<br>        I am the creditor.<br>     X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>        I am the trustee, or the debtor.<br>        I am a guarantor, surety, endorser, or other codebtor.<br><br>  By:    /s/ John Shelley                              Date:   02/10/2023<br>         Authorized Filing Agent for PHH Mortgage Services |||

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            CASE NO.:    21-21177

**Lavonne Clanagan**                       CHAPTER:    13

           **Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 13, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                       *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                          Lavonne Clanagan
                                          1334 Laketon Road
                                          Pittsburgh, PA 15221

*Debtor's Attorney:*            *By CM / ECF Filing:*

                                          Albert G. Reese, Jr.
                                          Law Office of Albert G. Reese, Jr.
                                          640 Rodi Road, 2nd Floor, Suite 2
                                          Pittsburgh, PA 15235

*Trustee:*                      *By CM / ECF Filing:*

                                          Ronda J. Winnecour
                                          Suite 3250, USX Tower
                                          600 Grant Street
                                          Pittsburgh, PA 15219

                                                       /s/ John Shelley
                                                     _____

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)