# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-21177-GLT |
| | ) | |
| LaVonne Clanagan | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| | ) | |
| LaVonne Clanagan | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HSBC Bank USA, N.A. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

## **DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to: HSBC Bank USA, N.A.'s Notice of Mortgage Payment Change dated April 20, 2023, the Debtor's current escrow payment for account number ending in **0689** is **$59.49**. The new escrow payment is **$59.49**. The new total mortgage payment is **$496.49** effective June 1, 2023. The Debtor will make the escrow shortage in addition to her regular monthly Chapter 13 plan payment.

Dated: **April 22, 2023**

    Respectfully submitted by:
    **/s/ LaVonne Clanagan**
    LaVonne Clanagan

Dated: **April 22, 2023**

    Respectfully submitted by:
    **/s/ Albert G. Reese, Jr., Esquire**
    Albert G. Reese, Jr., Esquire
    Attorney for Debtor
    PA ID #93813
    640 Rodi Road, 2nd Floor, Suite 2
    Pittsburgh, PA 15235
    (412) 241-1697
    (412) 241-1687(fax)
    areese8897@aol.com