# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 21-21177-GLT |
| ) | |
| LaVonne Clanagan ) | Chapter 13 |
|     Debtor ) | |
| ) | Doc. No.: |
| ) | |
| LaVonne Clanagan ) | |
|     Movant ) | |
| ) | |
|     v. ) | |
| ) | |
| HSBC Bank USA, N.A. and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent ) | |

## **DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to r: HSBC Bank USA, N.A.'s Notice of Mortgage Payment Change dated April 22, 2022, the Debtor's current escrow payment for account number ending in **0689** is **$59.49**. The new escrow payment is **$301.50**. The new total mortgage payment is **$738.50** effective June 1, 2024. The Debtor will pay the escrow shortage in addition to her regular monthly Chapter 13 plan payment.

Dated: **May 8, 2024**

                                                          Respectfully submitted by:
                                                          **/s/ LaVonne Clanagan**
                                                          LaVonne Clanagan

Dated: **May 8, 2024**

                                                          Respectfully submitted by:
                                                          **/s/ Albert G. Reese, Jr., Esquire**
                                                          Albert G. Reese, Jr., Esquire
                                                          Attorney for Debtor
                                                          PA ID #93813
                                                         640 Rodi Road, 2nd Floor, Suite 2
                                                         Pittsburgh, PA 15235
                                                         (412) 241-1697
                                                         (412) 241-1687(fax)
                                                         areese8897@aol.com