**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/18/2025

IN RE:

| | |
|---|---|
| LAVONNE CLANAGAN<br>1334 LAKETON ROAD<br>PITTSBURGH, PA 15221<br>XXX-XX-0171          Debtor(s) | Case No.21-21177 GLT<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100% the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/18/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | INT %: 0.00%    CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | INT %: 0.00%    CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 3<br>Court Claim Number: 1<br>CLAIM: 5,657.59<br>COMMENT: | INT %: 0.00%    CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1470 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 4<br>Court Claim Number: 2<br>CLAIM: 3,844.84<br>COMMENT: CL2GOV\*$CL-PL@0%/PL~64.08MO\*2b506/PL? | INT %: 0.00%    CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0171 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 5<br>Court Claim Number: 2<br>CLAIM: 1,394.33<br>COMMENT: NO GEN UNS/SCH | INT %: 0.00%    CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0171 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br><br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 6<br>Court Claim Number:<br>CLAIM: 281,698.21<br>COMMENT: 2bAVD/PL\*281698.21@0%/PL\*19~MEDICAL LIEN?/SCH | INT %: 0.00%    CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9889 |
| **WILKINSBURG SD (WILKINSBURG) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DLN<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 7<br>Court Claim Number: 3<br>CLAIM: 842.64<br>COMMENT: 232-L-247\*CL3GOV\*TTL=$10k@10%/PL\*MAEILLO-BRUNGO/SCH-PL\*WNTS 10%\*10-2 | INT %: 10.00%    CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L247 |
| **HSBC BANK USA NA - INDENTURE TRUSTEE ET**<br>C/O PHH MORTGAGE (\*)<br>PO BOX 24781<br>ATTN: SV 19<br>WEST PALM BEACH, FL 33416 | Trustee Claim Number: 8<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: PMT/DCLAR\*466.75/PL@PHH MTG\*DK4PMT-LMT\*BGN 6/21 | INT %: 0.00%    CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0689 |
| **US BANK NA - TRUSTEE ET AL**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br><br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 9<br>Court Claim Number: 8<br>CLAIM: 9,441.82<br>COMMENT: $CL8GOV@5%/PL\*NO ESCROW/CONF\*10,689@4.25%/PL@SHELLPOINT | INT %: 5.00%    CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 1651 |
| **OCWEN LOAN SERVICING LLC(\*)**<br>ATTN CASHIERING DEPT<br>1661 WORTHINGTON RD STE 100<br><br>WEST PALM BEACH, FL 33409-6493 | Trustee Claim Number: 10<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%    CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim # | Court Claim # | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| **ACCEPTANCE NOW**<br>5501 HEADQUARTERS DR<br>PLANO, TX 75024 | 11 | | 0.00 | NO$/SCH | UNSECURED CREDITOR | 2445 |
| **ACCEPTANCE NOW**<br>5501 HEADQUARTERS DR<br>PLANO, TX 75024 | 12 | | 0.00 | NO$/SCH | UNSECURED CREDITOR | 1570 |
| **AMERICAN EXPRESS**<br>PO BOX 981537<br>EL PASO, TX 79998 | 13 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 9933 |
| **BEST EGG++**<br>1526 CONCORD PIKE STE 302<br>WILMINGTON, DE 19803 | 14 | | 0.00 | NT ADR~NO$/SCH | UNSECURED CREDITOR | 9170 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 15 | 9 | 2,845.09 | | UNSECURED CREDITOR | 1044 |
| **CHASE AUTO FINANCE(*)**<br>PO BOX 901032<br>FT WORTH, TX 76101-2032 | 16 | | 0.00 | NO$/SCH | UNSECURED CREDITOR | 1033 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE BA**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | 17 | 7 | 1,751.03 | CHASE PRIME | UNSECURED CREDITOR | 1384 |
| **CHASE CARD SERVICES\*\***<br>PO BOX 15298<br>WILMINGTON, DE 19850 | 18 | | 0.00 | NO$/SCH | UNSECURED CREDITOR | 7055 |
| **CITY CO FEDERAL CREDIT UNION\***<br>220 GRANT ST<br>PITTSBURGH, PA 15219 | 19 | | 0.00 | NO$/SCH | UNSECURED CREDITOR | 7001 |
| **CITY CO FEDERAL CREDIT UNION\***<br>220 GRANT ST<br>PITTSBURGH, PA 15219 | 20 | | 0.00 | NO$/SCH | UNSECURED CREDITOR | 7001 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O TSYS DEBT MGMT INC<br>PO BOX 137<br>COLUMBUS, GA 31902-0137 | Trustee Claim Number: 21   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5640 |
| **DITECH FINANCIAL LLC(*)++**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL 32202 | Trustee Claim Number: 23   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~MORT?/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8349 |
| **DITECH FINANCIAL LLC(*)++**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL 32202 | Trustee Claim Number: 24   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~MORT?/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1728 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 25   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9402 |
| **KEYBANK NA/AKA KEYBANK USA(*)**<br>ACCOUNTING DEPT [AUTO LOANS]<br>4910 TIEDEMAN RD<br>BROOKLYN, OH 44144 | Trustee Claim Number: 26   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7033 |
| **KOHLS DEPARTMENT STORE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 27   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CAP 1/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0884 |
| **MAIELLO BRUNGO & MAEILLO LLP**<br>FOXPOINTE II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 28   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TAXES?/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2030 |
| **MAIELLO BRUNGO & MAEILLO LLP**<br>FOXPOINTE II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 29   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0071 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 30   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 7,514.28<br>COMMENT: WEBBANK*FR PROSPER MARKETPLACE*DOC 33 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0355 |
| **TURTLE CREEK VALLEY COUNCIL OF GOVERNM**<br>PO BOX 778<br>MONROEVILLE, PA 15146 | Trustee Claim Number: 31   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4970 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **UPSTART**<br>885 TEANECK RD<br><br>TEANECK, NJ 07666 | Trustee Claim Number: 32   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2704 | |
| **WILKINSBURG SD (WILKINSBURG) (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DLN<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 33   INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 6,921.92<br>COMMENT: 232-L-247*CL3GOV*TTL=10k@10%/PL*MAEILLO-BRUNGO/SCH-PL*NON-INT*10-21/S | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L247 | |
| **WILKINSBURG BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DLN<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 34   INT %: 10.00%<br>Court Claim Number: 4<br><br>CLAIM: 681.54<br>COMMENT: 232-L-247*CL4GOV*TTL=10k@10%/PL*MAEILLO-BRUNGO/SCH-PL@7*WNTS 10%*10 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L247 | |
| **WILKINSBURG BOROUGH (RE)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)–DLN<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 35   INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 2,448.50<br>COMMENT: 232-L-247*CL4GOV*TTL=$10k@10%/PL*MAEILLO-BRUNGO/SCH-PL@7*NON-IN*10-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L247 | |
| **WILKINSBURG BOROUGH (TRASH)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) DLN<br>100 PURITY RD STE 3<br>FOXPOINTE II<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 36   INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 2,016.92<br>COMMENT: 232-L-247*CL5GOV*NT/SCH-PL*WNTS 0%/CL*TAX YRS 09-20/CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: L247 | |
| **WILKINSBURG BOROUGH (TRASH)**<br>C/O MBM COLLECTIONS LLC (TAX DIVISION) DLN<br>100 PURITY RD STE 3<br>FOXPOINTE II<br>PITTSBURGH, PA 15235 | Trustee Claim Number: 37   INT %: 0.00%<br>Court Claim Number: 6<br><br>CLAIM: 1,324.12<br>COMMENT: 232-R-340*CL6GOV*NT/SCH-PL*WNTS 0%/CL*TAX YRS 14-20/CL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: R340 | |
| **MARIO HANYON ESQ**<br>BROCK AND SCOTT PLLC<br>3825 FORRESTGATE DR<br><br>WINSTON SALEM, NC 27103 | Trustee Claim Number: 38   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: HSBC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | |
| **HSBC BANK USA NA - INDENTURE TRUSTEE ET**<br>C/O PHH MORTGAGE (*)<br>PO BOX 24781<br>ATTN: SV 19<br>WEST PALM BEACH, FL 33416 | Trustee Claim Number: 39   INT %: 0.00%<br>Court Claim Number: 10<br><br>CLAIM: 1,894.98<br>COMMENT: CL10GOV*$0/PL@PHH MORTGAGE*THRU 5/21 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0689 | |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 40   INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 400.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0171 | |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 41   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | |

CLAIM RECORDS

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY** (*) | Trustee Claim Number: 42   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number: 12 | ACCOUNT NO.: 0171 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM: 184.16 | |
| PITTSBURGH, PA 15219 | COMMENT: NT/SCH | |
| | | |
| **HSBC BANK USA NA - INDENTURE TRUSTEE ET** | Trustee Claim Number: 43   INT %: 0.00% | CRED DESC: POST PETITION FEE NOTICE |
| C/O PHH MORTGAGE (*) | Court Claim Number: 10 | ACCOUNT NO.: 0689 |
| PO BOX 24781 | | |
| ATTN: SV 19 | CLAIM: 725.00 | |
| WEST PALM BEACH, FL 33416 | COMMENT: NT PROV/PL*6/21 POC FEES, 7/21 PL RVW | |