## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LAVONNE CLANAGAN

Case No. 21-21177GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

WILKINSBURG BOROUGH (TRASH)

Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has informed the Trustee that the account has been paid in full.  No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

WILKINSBURG BOROUGH (TRASH)
C/O MBM COLLECTIONS LLC - DLNQ CLCTR
665 RODI ROAD - SUITE 301
PITTSBURGH, PA 15235

Court claim# 5/Trustee CID# 36

The Movant further certifies that on 01/05/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

DEBTOR(S):
LAVONNE CLANAGAN, 1334 LAKETON
ROAD, PITTSBURGH, PA  15221

DEBTOR'S COUNSEL:
ALBERT G REESE JR ESQ, THE LAW
OFFICE OF ALBERT G REESE JR, 640 RODI
RD 2ND FL STE 2, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
WILKINSBURG BOROUGH (TRASH), C/O
MBM COLLECTIONS LLC - DLNQ CLCTR,
665 RODI ROAD - SUITE 301, PITTSBURGH
PA  15235

:
JENNIFER L CERCE ESQ, MBM
COLLECTIONS, 665 RODI ROAD - SUITE
301, PITTSBURGH, PA  15235

NEW CREDITOR: