**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-21177-GLT |
| | ) | |
| LaVonne Clanagan | ) | Chapter 13 |
|     Debtor | ) | |
| | ) | Doc. No.: |
| | ) | |
| LaVonne Clanagan | ) | |
|     Movant | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| HSBC Bank USA, N.A. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent | ) | |

**DECLARATION**

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to HSBC Bank USA, N.A.'s Notice of Mortgage Payment Change dated May 8, 2025, the Debtor's current escrow payment for account number ending in **0689** is **$301.50**. The new escrow payment is **$402.05**. The new total mortgage payment is **$839.05** effective June 1, 2025. The Debtor will make the escrow shortage in addition to her regular monthly Chapter 13 plan payment.

Dated: **May 15, 2025**

Dated: **May 15, 2025**

Respectfully submitted by:
**/s/ LaVonne Clanagan**
LaVonne Clanagan

Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
Attorney for Debtor
PA ID #93813
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687(fax)
areese8897@aol.com