**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 21-21177-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Lavonne Clanagan
1334 Laketon Road
Pittsburgh PA 15221

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/31/2026.

Name and Address of Alleged Transferor(s):

Claim No. 10: HSBC Bank USA, N.A., as Indenture Trustee for the, PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage
Servicing
PO Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/26

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re: Lavonne Clanagan
Debtor

Case No. 21-21177-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Aug 31, 2026 Form ID: trc Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15388565 | Email/Text: BKEBN-Notifications@ocwen.com | Sep 01 2026 01:37:00 | HSBC Bank USA, N.A., as Indenture Trustee for the, PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Green Reese, Jr | on behalf of Debtor Lavonne Clanagan areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com;annice@agrlawpc.com |
| Albert Green Reese, Jr | on behalf of Plaintiff Lavonne Clanagan areese8897@aol.com agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com;annice@agrlawpc.com |
| Allison L. Carr | on behalf of Defendant Commonwealth of Pennsylvania Bureau of Program Integrity acarr@attorneygeneral.gov |
| Denise Carlon | on behalf of Creditor HSBC Bank USA N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2006-3 denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jennifer L. Cerce | on behalf of Creditor Wilkinsburg School District and Wilkinsburg Borough jlc@mbm-law.net |

| | |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com btemple@metzlewis.com |
| Lauren Michaels | on behalf of Defendant Commonwealth of Pennsylvania Bureau of Program Integrity lmichaels@attorneygeneral.gov |
| Mario J. Hanyon | on behalf of Creditor HSBC Bank USA N.A., as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2006-3 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor U.S. Bank National Association as Trustee, as successor to U.S. Bank Trust National Association,as Trustee, which was successor to First Trust National Association, as Trustee, for Home bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 12