Certificate Number: 17572-PAW-DE-041570811

Bankruptcy Case Number: 21-21177

17572-PAW-DE-041570811

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 17, 2026, at 2:40 o'clock PM PDT, LAVONNE Clanagan completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 17, 2026

By: /s/Benjamin E Wunsch

Name: Benjamin E Wunsch

Title: Counselor